# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MARIO RANDLE CARTER, JR.,**  *Plaintiff,*  v.  **BUTTS COUNTY JAIL,** *et al.,*  *Defendants.* | **CIVIL ACTION NO. 5:18-cv-00423-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

In his Recommendation [Doc. 64], the United States Magistrate Judge recommends that Plaintiff's only remaining claims be dismissed without prejudice for failure to prosecute. [Doc. 64, p. 1]. No objections have been filed to the Magistrate Judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). After careful review, the Court, finding no clear error, **ADOPTS** the Recommendation [Doc. 64] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Plaintiff's only remaining claims are **DISMISSED without prejudice**.

**SO ORDERED**, this 22nd day of October, 2020.

S/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**